Appeal No. 2021-1855

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

---

**CYWEE GROUP LTD.,**
*Appellant*,
v.

**ZTE (USA), INC., LG ELECTRONICS INC.,**
*Appellees*,

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2019-00143

---

**INTERVENOR USPTO DIRECTOR'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN INTERVENOR BRIEF**

---

The Director of the United States Patent and Trademark Office, pursuant to Fed. Cir. R. 26(b), requests that the time for filing its intervenor brief, now due August 24, 2022, be extended thirty (30) days to September 23, 2022. Because the appellees' response brief is currently due on the same day as the Director's intervenor brief, the Director respectfully requests that this 30-day extension of time be applied to both the Director's intervenor brief and the appellees' response brief. This is the first enlargement of time requested by either party.

1

Counsel for the Director requests this extension due to the unusually heavy workload in the Solicitor's Office and the need to ensure sufficient time for supervisory review of the brief before filing. Counsel for the Director contacted counsel for the appellant and appellees, and the appellant and appellees do not oppose this motion and will not file a response.

Dated: August 10, 2022

Respectfully submitted,

/s/ Michael S. Forman
THOMAS W. KRAUSE
Solicitor

FARHEENA Y. RASHEED
Deputy Solicitor

MICHAEL S. FORMAN
Associate Solicitor

USPTO Office of the Solicitor
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035

Attorneys for the Director of the USPTO

Appeal No. 2021-1855

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

---

**CYWEE GROUP LTD.**,
*Appellant*,
v.

**ZTE (USA), INC., LG ELECTRONICS INC.**,
*Appellees*,

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE**,
*Intervenor*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2019-00143

---

**DECLARATION IN SUPPORT OF INTERVENOR USPTO DIRECTOR'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN INTERVENOR BRIEF**

---

I, Michael S. Forman, hereby declare:

1. I am the primary attorney assigned to work on this case for the USPTO Director.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of the Director's Unopposed Motion for an Extension of Time to File an Intervenor Brief.

3. Good cause exists for this extension of time. The additional time is necessary due to the heavier-than-usual workload of the Solicitor's Office and the need to ensure sufficient time for supervisory review of the brief

    before filing.

4.    The appellant and appellees do not oppose this motion and will not file a response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2022.

                                                    */s/Michael S. Forman*
                                                    MICHAEL S. FORMAN
                                                    Associate Solicitor

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion contains 413 words as measured by Microsoft Word 2019.

/s/ Michael S. Forman
MICHAEL S. FORMAN
Attorney for the Director of the USPTO
